McGREGOR W. SCOTT
United States Attorney
MICHELE BECKWITH
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $380,050.00 IN U.S. CURRENCY SEIZED FROM BRIAN ROBINSON IN SEWARD COUNTY, NEBRASKA ON APRIL 25, 2014,<br><br>APPROXIMATELY $4,981.25 SEIZED ON JUNE 1, 2015, FROM PNC BANK, ACCOUNT NO. 1044172925, IN THE NAME OF PACAPROPERTIES LLC, A LIMITED LIABILITY CORPORATION REGISTERED TO BRIAN ROBINSON,<br><br>APPROXIMATELY $17,758.15 SEIZED ON JUNE 1, 2015, FROM PNC BANK, ACCOUNT NO. 1011254828, IN THE NAME OF BRIAN AND REGINA ROBINSON,<br><br>APPROXIMATELY $64,404.64 SEIZED ON JUNE 1, 2015, FROM PNC BANK, ACCOUNT NO. 1016651996, HELD IN THE NAME OF BRIAN ROBINSON,<br><br>APPROXIMATELY $2,082.97 SEIZED ON JUNE 1, 2015, FROM TRAVIS CREDIT UNION, ACCOUNT NO. 544676,<br><br>APPROXIMATELY $12,057.75 SEIZED ON JUNE 1, 2015, FROM WELLS FARGO BANK, ACCOUNT NO. 6563263778, | 2:19-MC-00115-JAM-KJN<br><br>CONSENT JUDGMENT OF FORFEITURE |

APPROXIMATELY $6,110.13 SEIZED ON JUNE 1, 2015, FROM WELLS FARGO BANK, ACCOUNT NO. 7353072494,

APPROXIMATELY $80,000.00 IN U.S. CURRENCY SEIZED ON JUNE 1, 2015, FROM 2745 LAUREL DRIVE, FAIRFIELD, CALIFORNIA,

APPROXIMATELY $29,663.95 SEIZED ON JUNE 1, 2015 FROM EDWARD JONES ACCOUNT NO. 468-94759-1-3,

APPROXIMATELY $102,710.20 SEIZED ON JUNE 1, 2015 FROM EDWARD JONES ACCOUNT NO. 376-09247-1-6,

APPROXIMATELY $3,645.34 SEIZED ON JUNE 1, 2015 FROM USAA ACCOUNT NO. 51418363, AND

APPROXIMATELY $1,655.69 SEIZED ON JUNE 1, 2015 FROM USAA ACCOUNT NO. 60431733.

Defendants.

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. In October 2013, law enforcement intercepted several parcels containing cash sent from Pennsylvania to a P.O. Box in Fairfield, California controlled by Brian Robinson ("Robinson" or "claimant") and Kimberly Santiago Robinson ("Santiago Robinson" or "claimant"). After a drug dog positively alerted to the odor of narcotics on the packages, law enforcement searched them and found several empty cereal boxes containing approximately $289,400 in cash. Law enforcement subsequently searched Robinson's and Santiago Robinson's Fairfield home and discovered $20,000 in cash, a money counter, items consistent with marijuana trafficking, and documents connecting Cuc Thi Schaeffer ("Schaeffer" or "claimant") and John Acosta ("Acosta" or "claimant") to marijuana grow properties in California. After the search, law enforcement searched two more packages addressed to Brian Robinson at his P.O. Box in Fairfield, California. The packages contained a total of $164,020 in cash.

2. On November 8, 2013, law enforcement searched 3301 Pope Avenue in Sacramento, California, a property identified through documents found at Robinson's Fairfield home. During the search, law enforcement found paperwork linking the occupant, Schaeffer, to Robinson, Acosta and

2

Consent Judgment of Forfeiture

marijuana trafficking, as well as property located at 6300 Blarney Way in Pilot Hill, California. Law enforcement interviewed Schaeffer who acknowledged owning 6300 Blarney Way in Pilot Hill, California, and renting the property to Acosta. Pilot Hill is a rural town located in El Dorado County.

3. On November 13, 2013, law enforcement searched 6300 Blarney Way in Pilot Hill and found a dismantled marijuana grow operation containing piles of marijuana leaves and trimmings, pots containing marijuana stalks, and marijuana drying devices. An aerial image obtained by law enforcement shows an active marijuana grow at the property on September 13, 2013.

4. On January 31, 2014, law enforcement arrested Antonio Benitez Gonzalez ("Gonzalez" or "claimant") after connecting his vehicle to marijuana trafficking through a receipt signed by Schaeffer. Gonzalez acknowledged to law enforcement that he assisted Acosta with the marijuana grow operation in El Dorado County (*Pilot Hill*) and operating an indoor grow operation at a house located at 150 Arcade Boulevard in Salinas, California.

5. On March 18, 2014, law enforcement searched 150 Arcade Boulevard in Salinas, California and found forty-nine mature marijuana plants, multiple rolls of vacuum-seal plastic and pre-cut squares of vacuum-sealing packaging. Acosta was present at the house during the search.

6. On or about April 25, 2014, Seward County Sheriff's Officers conducted a traffic stop of Robinson's 2008 GMS Sierra pickup truck as the vehicle traveled westbound on Interstate 80 in Seward County, Nebraska. Robinson was the driver and sole occupant of the vehicle. A drug dog trained to alert to the presence of the odor of narcotics was present at the traffic stop and positively alerted to the odor of narcotics on Robinson's vehicle. A subsequent search of the vehicle uncovered a black duffel bag containing eleven Ziplock bags stuffed with rubber-banded bundles of currency. A later bank count of the rubber-banded cash seized from the duffel bag totaled $380,050.00 in cash—the "defendant $380,050.00 in U.S. Currency."

7. On June 1, 2015, law enforcement searched Robinson's and Santiago Robinson's Fairfield home and found $80,000 in cash—the "defendant $80,000.00 in U.S. Currency." Law enforcement also seized bank accounts connected to Robinson, Santiago Robinson and/or Robinson's businesses at the following financial institutions: PNC Bank, Travis Credit Union, Wells Fargo Bank, Edward Jones, and United Services Automobile Association ("USAA"). In total, law enforcement seized ten bank accounts,

as set forth above.

8. Claimants do not dispute the United States could show at a forfeiture trial that the defendant assets are forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

9. Without admitting the truth of the factual assertions contained above, claimants specifically denying the same, and for the purpose of reaching an amicable resolution and compromise of this matter, claimants agree that an adequate factual basis exists to support forfeiture of the defendant assets. Claimants acknowledged that they are the sole owners of the defendant assets, and that no other person or entity has any legitimate claim of interest therein. Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant assets, claimants shall hold harmless and indemnify the United States, as set forth below.

10. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

11. This Court has venue pursuant to 28 U.S.C. § 1395.

12. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

2. All right, title, and interest of Brian Robinson, Kimberly Santiago Robinson, Cuc Thi Schaeffer, John Acosta, and Antonio Benitez Gonzalez in the following assets, plus any accrued interest, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law:

   a. Approximately $380,050.00 in U.S. Currency seized from Brian Robinson in Seward County, Nebraska on April 25, 2014,

   b. Approximately $4,981.25 seized on June 1, 2015, from PNC Bank, Account No. 1044172925, in the name of Pacaproperties LLC, a limited liability corporation registered to Brian Robinson,

   c. Approximately $17,758.15 seized on June 1, 2015, from PNC Bank, Account No. 1011254828, in the name of Brian and Regina Robinson,

d. Approximately $64,404.64 seized on June 1, 2015, from PNC Bank, Account No. 1016651996, held in the name of Brian Robinson,

e. Approximately $2,082.97 seized on June 1, 2015, from Travis Credit Union, Account No. 544676,

f. Approximately $12,057.75 seized on June 1, 2015, from Wells Fargo Bank, Account No. 6563263778,

g. Approximately $6,110.13 seized on June 1, 2015, from Wells Fargo Bank, Account No. 7353072494,

h. Approximately $80,000.00 in U.S. Currency seized on June 1, 2015, from 2745 Laurel Drive, Fairfield, California,

i. Approximately $29,663.95 seized on June 1, 2015 from Edward Jones Account No. 468-94759-1-3,

j. Approximately $102,710.20 seized on June 1, 2015 from Edward Jones Account No. 376-09247-1-6,

k. Approximately $3,645.34 seized on June 1, 2015 from USAA Account No. 51418363, and

l. Approximately $1,655.69 seized on June 1, 2015 from USAA Account No. 60431733.

3. The United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant assets. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed. Claimants waived the provisions of California Civil Code § 1542.

4. No portion of the stipulated settlement, including statements or admissions made therein, shall be admissible in any criminal action pursuant to Rules 408 and 410(a)(4) of the Federal Rules of Evidence.

5. All parties will bear their own costs and attorney's fees.

IT IS SO ORDERED

DATED: 7/16/2019

/s/ John A. Mendez
United States District Court Judge